IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL BEECHER,
    Plaintiff,

vs.                                                  Case No. 3:08cv416/MCR/EMT

SERGEANT S.H. JONES and
LT. A. WILLIAMS,
    Defendants.
                                   /

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 29, 2010 (Doc. 58). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

       Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    Defendant A. Williams' motion to dismiss (doc. 52) is **GRANTED**, for the reasons set forth above.

       3.    Plaintiff's motion for injunctive relief (doc. 43) is **DENIED**.

       4.    This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

       5.    Judgment shall be entered accordingly and this case is **CLOSED.**

**DONE AND ORDERED** this 6th day of December, 2010.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**